**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WILLIAM LESTER FREE,                )
                                    )
                 Petitioner,         )
                                    )    Civil Action No. 06-15 Erie
        v.                          )
                                    )
JOSEPH P. NISH, et al.,             )
                                    )
                 Respondents.        )

## <u>MEMORANDUM ORDER</u>

This habeas corpus action was received by the Clerk of Court on January 24, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 18], filed on August 16 2006, recommended that Petitioner's Petition be denied and that a certificate of appealability be denied.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail and on Respondents.  Objections were filed by Petitioner on August 25, 2006 [Doc. No. 19]. After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 6th day of September, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 18] of Magistrate Judge Baxter, filed on August 16, 2006, is adopted as the opinion of the Court.

                                    s/   Sean J. McLaughlin
                                         United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge